No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the offense of driving a motor vehicle while intoxicated; the punishment, three days in jail and a fine of $100.

In the absence of a bond or recognizance on appeal, or a showing that appellant is in jail, we are without jurisdiction of this misdemeanor appeal.

The appeal is dismissed.

**Thomas Clifton MULLINS, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28213.**

Court of Criminal Appeals of Texas.

March 28, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the offense of driving a motor vehicle upon a public highway while under the influence of intoxicating liquor; the punishment, three days in jail and a fine of $100.

In the absence of a bond or recognizance on appeal or a showing that appellant is in jail, we are without jurisdiction of this misdemeanor appeal.

The appeal is dismissed.

**Lester William WALLACE, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28212.**

Court of Criminal Appeals of Texas.

March 28, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the offense of driving a motor vehicle while intoxicated; the punishment, three days in jail and a fine of $100.

In the absence of a bond or recognizance on appeal, or a showing that appellant is in jail, we are without jurisdiction of this misdemeanor appeal.

The appeal is dismissed.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the offense of driving a motor vehicle while intoxicated; the punishment, three days in jail and a fine of $100.

In the absence of a bond or recognizance on appeal, or a showing that appellant is in jail, we are without jurisdiction of this misdemeanor appeal.

The appeal is dismissed.

**J. F. BROWN, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28211.

Court of Criminal Appeals of Texas.

March 28, 1956.

*Gilbert Allen* SANDERSON, Appellant,

v.

**The STATE of Texas, Appellee.**

No. 28275.

Court of Criminal Appeals of Texas.

April 25, 1956.